## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**LINDA JOYCE STINSON,**

    Plaintiff,

v.                                                          No. 13-cv-0452 LH/SMV

**WAL-MART STORES EAST, L.P.,**

    Defendant.

### ORDER GRANTING UNOPPOSED MOTION TO AMEND CAPTION

THIS MATTER is before the Court on Defendant's Unopposed Motion to Amend Caption [Doc. 8] ("Motion"), filed June 7, 2013.  Defendant requests that the caption be amended to name the proper Defendant, "Wal-Mart Stores East, L.P."  The Court, being advised that the Motion is unopposed, and being otherwise fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Unopposed Motion to Amend Caption [Doc. 8] is **GRANTED**.  Accordingly, the caption in this proceeding is hereby amended to reflect the correct Defendant, Wal-Mart Stores East, L.P., as set forth above.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**