## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**LINDA JOYCE STINSON,**

     **Plaintiff,**

**v.**                                      **No. 13-cv-0452 RB/SMV**

**WAL-MART STORES EAST, L.P.,**

     **Defendant.**

### ORDER ADOPTING JOINT STATUS REPORT
### AND PROVISIONAL DISCOVERY PLAN

THIS MATTER is before the Court on a telephonic Rule 16 scheduling conference. Following a review of the parties' Joint Status Report and Provisional Discovery Plan [Doc. 15], filed July 8, 2013, the Court adopts the Joint Status Report and Provisional Discovery Plan as modified by the Court's Scheduling Order [Doc. 19], filed July 23, 2013.

_____

**STEPHAN M. VIDMAR**
**United States Magistrate Judge**