IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LINDA JOYCE STINSON,

    Plaintiff,

v.                                                            No. 13-cv-0452 RB/SMV

WAL-MART STORES EAST, L.P.,

    Defendant.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:     December 11, 2013, at 9:30 a.m.

**Matter to be heard**:   Setting a settlement conference

    **IT IS ORDERED, ADJUDGED, AND DECREED** that a telephonic status conference is hereby set for **December 11, 2013,** at **9:30 a.m.** Counsel shall be prepared to discuss the status of discovery, including what discovery, if any, needs to be completed prior to a settlement conference. We will also select a date for a settlement conference, so counsel should have their calendars available. Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

    **IT IS SO ORDERED.**

                                                            **STEPHAN M. VIDMAR**
                                                             **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.