IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LINDA JOYCE STINSON,

    Plaintiff,

vs.                                  Case No. 2:13-cv-00452-KJG-SMV

WAL-MART STORES EAST, L.P.,

    Defendant.

## ORDER EXTENDING PRETRIAL DEADLINES

This matter came before the Court on the Joint Motion to Extend Pretrial Deadlines ("Motion") filed herein the parties. The Court, being fully advised in the premises, FINDS the Motion well taken.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the pretrial deadlines set forth in the Court's Scheduling Order [Doc. 19, filed 07/23/13] are modified as follows:

| | Deadline | Original Deadline | New Deadline |
|---|---|---|---|
| 1. | Discovery: | February 14, 2014 | April 18, 2014 |
| 2. | Motions relating to Discovery | March 6, 2014 | May 9, 2014 |
| 3. | Pretrial Motions | March 17, 2014 | May 23, 2014 |
| 4. | Pretrial Order to Defendant | May 2, 2014 | July 1, 2014 |
| 5. | Pretrial Order to Court | May 16, 2014 | July 15, 2014 |

_____
HONORABLE STEPHAN M. VIDMAR
United States Magistrate Judge

Submitted by:

LITTLER MENDELSON, P.C.

By: */s/ Charlotte Lamont*
    Steven G. Biddle
    Charlotte Lamont

    Attorneys for Defendant



Agreed to:

THE LAW OFFICES OF LISA A. ELIZONDO PLLC

By: *Approval Given 1/24/14*
    Lisa A. Elizondo
    Attorneys for Plaintiff



Firmwide:125116501.1 015602.8398