IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LINDA JOYCE STINSON,

    Plaintiff,

v.                                          No. 13-cv-0452 KG/SMV

WAL-MART STORES EAST, L.P.,

    Defendant.

## ORDER SETTING TELEPHONIC MOTION HEARING

**Date and time**:    February 27, 2014, at 1:00 p.m.

**Matter to be heard**:    Plaintiff's Opposed Motion to Quash Subpoenas to Dollar Tree Stores, Inc., and Kmart Corporation . . . [Doc. 56].

**IT IS ORDERED** that a telephonic hearing on the pending discovery motion [Doc. 56] is hereby set for **February 27, 2014, at 1:00 p.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.