IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LINDA JOYCE STINSON,

    Plaintiff,

vs.                                Case No. 2:13-cv-00452-KJG-SMV

WAL-MART STORES EAST, L.P.,

    Defendant.

## SECOND ORDER EXTENDING PRETRIAL DEADLINES

This matter came before the Court on the Second Joint Motion to Extend Pretrial Deadlines ("Motion") filed herein by the parties [Doc. 69, filed April 10, 2014]. The Court, being fully advised in the premises, FINDS the Motion well taken.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the pretrial deadlines set forth in the Court's Order Extending Pretrial Deadlines [Doc. 48, filed 01/27/14] are modified as follows:

| | Deadline | Original Deadline | New Deadline |
|---|---|---|---|
| 1. | Discovery | April 18, 2014 | June 17, 2014 |
| 2. | Motions relating to Discovery | May 9, 2014 | July 8, 2014 |
| 3. | Pretrial Motions | May 23, 2014 | July 22, 2014 |
| 4. | Pretrial Order to Defendant | July 1, 2014 | September 1, 2014 |
| 5. | Pretrial Order to Court | July 15, 2014 | September 15, 2014 |

_____
HONORABLE STEPHAN M. VIDMAR
United States Magistrate Judge

Submitted by:

LITTLER MENDELSON, P.C.

By: */s/ Charlotte Lamont*
    Steven G. Biddle
    Charlotte Lamont

    Attorneys for Defendant


Agreed to:

THE LAW OFFICES OF LISA A. ELIZONDO PLLC

By: *Approval Given 04/09/14*
    Lisa A. Elizondo

    Attorneys for Plaintiff




Firmwide:126289336.1 015602.8398