IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LINDA JOYCE STINSON,

      Plaintiff,

v.                                      Case No. 13-CV-00452 KG/SMV

WAL-MART STORES EAST, L.P.,

      Defendant.

ORDER

This matter comes before the Court on Defendant's Motion for Summary Judgment, filed July 22, 2014.  (Doc. 45).  On August 5, 2014, Plaintiff filed a response and on August 20, 2014, Defendant filed a reply.  (Docs. 97 and 102).  In Plaintiff's response, Plaintiff cites to multiple exhibits to support her contention that she requested a reasonable accommodation of extended leave.  *See* (Doc. 97).  Plaintiff's submitted exhibits, however, fail to include multiple pages of the cited deposition testimony.  *See* (Doc. 97-1) at 3-19; (Doc. 97-3) at 2; (Doc. 97-4) at 2; (Doc. 97-8) at 2, 4; (Doc. 97-9) at 3.  Plaintiff shall file the abovementioned deposition testimony by noon on December 19, 2014.

      IT IS, THEREFORE, ORDERED.

                                              _____
                                           UNITED STATES DISTRICT JUDGE