IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LINDA JOYCE STINSON,

    Plaintiff,

vs.                              Case No. 2:13-cv-00452-KG-SMV

WAL-MART STORES EAST, L.P.,

    Defendant.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This matter came before the Court on Defendant's Unopposed Motion to Dismiss with Prejudice ("Motion") filed on March 16, 2015 [Doc. 115]. The Court, having reviewed the Motion and being otherwise fully advised in the premises, FINDS the Motion well taken.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above-captioned proceeding is hereby dismissed with prejudice, with each party to bear her or its own attorneys' fees and costs incurred herein.

                                                          UNITED STATES DISTRICT COURT

Submitted by:
LITTLER MENDELSON, P.C.

By: */s/ Charlotte Lamont*
    Steven G. Biddle
    Charlotte Lamont

Attorneys for Defendant
Agreed to:

THE LAW OFFICES OF LISA A. ELIZONDO

By:   *Approval given 3/16 /15*
    Lisa A. Elizondo

Attorneys for Plaintiff